FILED
U.S. DISTRICT COURT
SAVANNAH

2014 MAY -5 PM 5:03

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV413-151 |
| ) | |
| HEWLETT PACKARD OFFICE JET ) | |
| PRINTER, MODEL 6500A, SN: ) | |
| CNOBQ1204C; THIRTEEN PAGES OF ) | |
| COUNTERFEIT UNITED STATES ) | |
| CURRENCY; and SIXTY-SEVEN ) | |
| PAGES OF RESUME PAPER; ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT
## AND FINAL ORDER OF FORFEITURE AND DISTRIBUTION

The United States of America has moved this Court for the entry of a default judgment, pursuant to Federal Rule of Civil Procedure 55(b), and a final order of forfeiture and distribution. (Doc. 8.) The United States has shown (1) that there was reasonable cause to seize the Hewlett Packard Office Jet Printer, Model 6500A, SN: CNOBQ1204C; thirteen pages of counterfeit United States currency; and sixty-seven pages of resume paper ("Defendant Property"); (2) that a civil Complaint for Forfeiture In Rem was filed pursuant to 18 U.S.C. § 492; (3) that all known parties were served with proper process; and (4) that all other

unknown potential claimants have been served by publication.

As reflected by the record in this case, all persons and entities having an interest in Defendant Property have failed to appear, file a claim, answer, or otherwise defend the action. No person with standing is before the Court with cause to show why judgment by default should not be granted to the United States, or to object to the United States' Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution.

Therefore, it is hereby **ORDERED** that:

1. The United States' Application for Default Judgment and Motion for Final Order of Forfeiture and Distribution is **GRANTED**;
2. Defendant Property is condemned and forfeited to the United States;
3. Christopher Heyward, his heirs, successors, and assigns, and all other persons and entities having any right, title, claim, or interest in Defendant Property are forever barred from asserting a claim for Defendant Property;
4. All right, title, claim, and interest of Christopher Heyward, and all other persons and entities to

Defendant Property are forfeited and vested in the United States;

5. The U.S. Secret Service or an authorized designee shall dispose of Defendant Property according to all applicable law and regulatory procedures;

6. The U.S. Secret Service or an authorized designee shall pay from Defendant Property all expenses of the Department of Justice and the Department of Treasury related to the seizure and forfeiture of Defendant Property;

7. The remaining portion of Defendant Property shall be deposited by the U.S. Secret Service into the Asset Forfeiture Fund in accordance with 28 U.S.C. § 524(c); and

8. The **Clerk of Court** is **DIRECTED** to **enter judgment** pursuant to Fed. R. Civ. P. 58 upon the same terms and conditions as stated in this Order of Default Judgment and Final Order of Forfeiture and Distribution, and to **close this case.**

SO ORDERED this 5th day of May 2014.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA