# United States District Court
## Southern District of Georgia

United States of America

v.

Hewlett Packard Office Jet Printer, Model 6500A, SN: CNOBQ1204C et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV413-151

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated May 5, 2014, Default Judgment and Final Order of Distribution granting the United States Motion for Default Judgment is entered. This action stands closed.

May 5, 2014
Date

Scott L. Poff
Clerk

(By) Deputy Clerk